STATE OF NEW JERSEY IN THE INTEREST OF L.M.

June 16, 1982.

Petition for certification denied.

STATE OF NEW JERSEY v. WILLIAM ALBERT BROUGHT.

June 16, 1982.

Petition for certification denied.

STATE OF NEW JERSEY v. ANTHONY PUCHALSKI.

June 16, 1982.

Petition for certification denied.

STATE OF NEW JERSEY v. JAMES SANDERS.

June 16, 1982.

Petition for certification denied.